IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE WALLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14 CV 3911 |
| ) | |
| CHICAGO POLICE OFFICER LEE HILL, JR., ) | Judge Lefkow |
| STAR #8434; CHICAGO POLICE OFFICER ) | |
| RODNEY KINCAID, STAR #4106; CHICAGO ) | Magistrate Judge Finnegan |
| DETENTION AIDE L. RODRIGUEZ; CHICAGO ) | |
| POLICE DETENTION AIDE D. DANIELS; ) | |
| CHICAGO POLICE DETENTION AIDE KEITH L. ) | |
| SPURLIN; and OTHER UNKNOWN CHICAGO ) | |
| POLICE OFFICERS and EMPLOYEES, Individually ) | |
| and as Employees/Agents of the City of Chicago, a ) | |
| Municipal Corporation and THE CITY OF ) | |
| CHICAGO, a Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement filed herewith, and with costs and attorneys' fees to be paid by the City of Chicago in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

<div style="display: flex;">

<div>
_____  
Robert Joseph Lane Robertson  
Attorney for Plaintiff Maurice Waller  
Law Offices of Robert Robertson  
20 North Wacker Drive, Suite 3710  
Chicago, IL 60606  
(312) 223-8600  
Attorney No. 6207543  
FEIN: _____  
DATE: 8/25/15  

_____  
Jeffrey J. Neslund  
Attorney for Plaintiff Maurice Waller  
Law Offices of Jeffrey J. Neslund  
20 North Wacker Drive, Suite 3710  
Chicago, IL 60606  
(312) 223-1100  
Attorney No. 6215115  
FEIN: 41-2154678  
DATE: 9-17-15  

_____  
Walter Jones, Jr.  
Attorney for Defendants Rodney Kincaid  
and Keith Spurlin  
Puch, Jones & Johnson, P.C.  
180 North LaSalle Street, Suite 3400  
Chicago, Illinois 60601  
(312) 768-7800  
Attorney No. 1365665  
DATE: 9-1-2015  
</div>

<div>
Respectfully submitted,  
CITY OF CHICAGO a Municipal Corporation  

STEPHEN PATTON  
Corporation Counsel  
Attorney for defendant City of Chicago  

_____  
Thomas Platt  
Deputy Corporation Counsel  
30 North LaSalle Street, Suite 900  
Chicago, IL 60602  
(312) 744-4833  
Attorney No. 6181260  

_____  
Brendan Moore  
Assistant Corporation Counsel,  
Attorney for Defendants Lee Hill, Jr. and L. Rodriguez  
30 North LaSalle Street, Suite 900  
Chicago, Illinois 60602  
(312) 744-9602  
Attorney No. 6293415  
DATE: _____  

_____  
Lindsey Vanorny  
Assistant Corporation Counsel,  
Attorney for Defendant City of Chicago  
30 North LaSalle Street, Suite 900  
Chicago, Illinois 60602  
(312) 744-9602  
Attorney No. 6303642  
DATE: 8/25/15  
</div>

</div>